UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION AT DETROIT

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**TWENTY THOUSAND DOLLARS ($20,000.00) IN UNITED STATES CURRENCY,**

        Defendant *in Rem*.
_____/

**Civil No. 09-CV-12164**

**HONORABLE ARTHUR J. TARNOW**

Magistrate Judge Virginia M. Morgan

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture, and the Court being fully advised in the premises, it is:

ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant currency, Twenty Thousand Dollars ($20,000.00) in United States Currency Funds, is hereby FORFEITED to the United States of America pursuant to 31 U.S.C. § 5317(c) and/or 31 U.S.C. § 5332(c).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the right, title, and ownership interest of Leigh Rodney, or his successors and assignees, in such currency, and any right, title and interest of all other persons, is hereby and forever EXTINGUISHED, and that clear title to such currency is hereby VESTED in the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States Department of Homeland Security, Customs and Border Protection Agency for the Eastern District of Michigan, or its delegate, is hereby AUTHORIZED to dispose of such currency in accordance with law.

S/ARTHUR J. TARNOW
Arthur J. Tarnow
United States District Judge

Dated: August 19, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 19, 2009, by electronic and/or ordinary mail.

S/THERESA E. TAYLOR
Case Manager